UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TAHENY, et al.,

        Plaintiffs,

   v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.
_____/

NO. CIV. S-10-2123 LKK/EFB

O R D E R

Pending before the court in the above-captioned case is a motion to dismiss by Wells Fargo Bank, N.A. and Golden West Savings Association (ECF No. 5). The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for October 12, 2010 is VACATED.

    IT IS SO ORDERED.

    DATED: October 5, 2010.

                                      LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

1