UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TAHENY, et al.,

        Plaintiffs,

   v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.
_____/

NO. CIV. S-10-2123 LKK/EFB

O R D E R

Plaintiffs' home is scheduled for foreclosure sale on October 13, 2010. Plaintiffs filed for a temporary retraining order, which was heard in this court on October 12, 2010. At the hearing, plaintiffs had evidence to present bearing on the merits of their claim. Defendants' counsel was not present. Therefore, plaintiff's motion for a temporary restraining order, ECF No. 11, is GRANTED. The court ORDERS as follows:

    [1] All defendants are temporarily restrained for fourteen (14) days from foreclosing upon the real property located at 2366 Telegraph Hill Drive, El Dorado

1

1       Hills, California 95762.

2       [2] A hearing is set for a preliminary injunction on
3       this matter for October 25, 2010 at 10:00 a.m.

4       [3] The court will rely on previous briefing from the
5       parties unless additional briefing is submitted not
6       later than seven (7) days prior to the hearing on the
7       preliminary injunction.

8 IT IS SO ORDERED.

9 DATED: October 12, 2010.

12 /s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
13 SENIOR JUDGE
UNITED STATES DISTRICT COURT