UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TAHENY, et al.,

          Plaintiffs,

    v.

WELLS FARGO BANK, N.A., et al.,

          Defendants.
_____/

NO. CIV. S-10-2123 LKK/EFB

O R D E R

A status conference in the above-captioned case is currently set for November 1, 2010 at 10:00 a.m. In its status report, the defendant has requested that the status conference be continued. Accordingly, the status conference set for November 1, 2010 is VACATED. A further status conference is SET for December 13, 2010 at 2:30 p.m.

IT IS SO ORDERED.

DATED: October 28, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1