UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TAHENY, et al.,

                                          NO. CIV. S-10-2123 LKK/EFB

        Plaintiffs,

    v.

                                          O R D E R

WELLS FARGO BANK, N.A.,
et al.,

        Defendants.

                                    /

       This court granted plaintiffs a temporary restraining order on October 12, 2010. ECF No. 15. In that order, the court noted that plaintiffs had evidence to present bearing on the merits of their claim, and that defendants' counsel was not present at the hearing. The temporary restraining order expired on October 26, 2010, and plaintiff filed a motion for a preliminary injunction on October 18, 2010. This court issued an order on October 21, 2010, setting the motion for preliminary injunction for hearing on November 22, 2010, and noting that the defendants agreed to postpone foreclosure of plaintiffs' home until November 30, 2010.

1

1  ECF No. 19.
2       Defendants have not filed an opposition or a statement of non-
3  opposition to plaintiffs' motion for a preliminary injunction.
4  Accordingly, the court GRANTS the preliminary injunction, to remain
5  in place until further order of this court.
6       The court orders as follows:
7          [1] All defendants are enjoined, until further order of
8          this court, from foreclosing upon the real property
9          located at 2366 Telegraph Hill Drive, El Dorado Hills,
10         CA 95762.
11      IT IS SO ORDERED.
12      DATED:  November 12, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2