UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TAHENY, et al.,

          Plaintiffs,

    v.

WELLS FARGO BANK, N.A., et al.,

          Defendants.
                                 /

NO. CIV. S-10-2123 LKK/EFB

O R D E R

    Pending before the court in the above-captioned case is a motion to dismiss by defendant Wells Fargo Bank, N.A.  The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for December 6, 2010 is VACATED.

    IT IS SO ORDERED.

    DATED: November 30, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1