UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TAHENY, et al.,

         Plaintiffs,

    v.

WELLS FARGO BANK, N.A., et al.,

         Defendants.
_____/

NO. CIV. S-10-2123 LKK/EFB

O R D E R

In the above-captioned matter, a hearing on defendants' motion to strike (ECF No. 41) is currently scheduled for April 11, 2011. The court does not find oral argument to be necessary and will decide the motion on the papers. Accordingly, the hearing currently scheduled for April 11, 2011 is VACATED.

IT IS SO ORDERED.

DATED: April 5, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1